**STATE of Missouri, Respondent,**

v.

**Lorenzo J. GILYARD, Appellant.**

**No. WD 68300.**

Missouri Court of Appeals,
Western District.

July 22, 2008.

Ruth Sanders, Kansas City, MO, for appellant.

Jayne T. Woods, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, C.J., LISA WHITE HARDWICK, and ALOK AHUJA, JJ.

## ORDER

PER CURIAM.

Lorenzo Gilyard appeals his convictions for six counts of first-degree murder. He challenges the sufficiency of the evidence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).